UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CRYSTAL GIBSON,

    Plaintiff,

v.     Case No. 3:22-cv-352-MMH-LLL

UNITED HEALTHCARE
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation Dismissing Action With Prejudice (Dkt. No. 24; Stipulation) filed on November 11, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their respective costs and attorneys' fees and all liens and/or subrogated interests related to this suit shall be satisfied by Plaintiff.

  3.  The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of November, 2022.

                 *[signature]*
                MARCIA MORALES HOWARD
                United States District Judge

ja

Copies to:

Counsel of Record